UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RONALD JESUS FERNANDEZ
LINARES,

        Petitioner,

   v.                          Case No.:  2:26-cv-02042-SPC-NPM

WARDEN, FLORIDA SOFT SIDE
DETENTION CENTER,

        Respondents,

_____/

## OPINION AND ORDER

Before the Court are Ronald Jesus Fernandez Linares's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 6).

Fernandez Linares, a noncitizen in immigration detention, sought habeas relief from this Court in *Fernandez Linares v. Warden, Florida Soft Side Detention Center*, M.D. Fla. Case No. 2:26-cv-1538-SPC-KRH. He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Fernandez Linares before an immigration judge for a bond hearing or release Fernandez Linares from custody.

On May 27, 2026, an immigration judge found Fernandez Linares to be a danger to the community and denied release on bond. (Doc. 6-2). Fernandez Linares argues the immigration judge improperly relied on unauthenticated criminal records from Venezuela and did not give enough weight to his pending asylum application or consider alternatives to detention. But the proper way to challenge the result of a bond hearing is appeal to the BIA. This Court does not have jurisdiction to review an immigration judge's discretionary bond decision:

> The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole.

8 U.S.C. § 1226(e). Accordingly, Fernandez Linares's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on July 16, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties or Record

2